**Latrail R. YOUNG, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 99864.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 11, 2014.

Roxanna Allen Mason, Missouri Public Defender Office, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Todd Tyler Smith, Assistant Attorney General, Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

## ORDER

PER CURIAM.

Latrail R. Young appeals from the motion court's "Findings of Fact, Conclusions of Law, Order and Judgment" denying his Rule 29.15 "Amended Motion to Vacate Judgments and Sentences and Request for an Evidentiary Hearing," alleging ineffective assistance of appellate counsel. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).